Printed: 01/19/10 04:20 PM

# Trustee's Compensation

**Debtor:** BRANDON FURNITURE COMPANY INC,      **Case:** 03-24298

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 1,083,055.66 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 950,000.00 | = | 47,500.00 |
| 3% of Balance | 83,055.66 | = | 2,491.67 |
| | **Calculated Total Compensation:** | | **$55,741.67** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$55,741.67** |
| | Less Previously Paid: | | 15,606.91 |
| | **Total Compensation Requested:** | | **$40,134.76** |

### Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 267 copies at 25.0 cents per copy | 66.75 |
| Postage | | 44.88 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 15.00 hours at 15.00 dollars per hour | 225.00 |
| Paralegal Assistance | 5.00 hours at 30.00 dollars per hour | 150.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 76.50 |
| Professional Expenses | | 0.00 |
| Cost for storage of documents | | 2,095.83 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$2,658.96** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$2,658.96** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$2,658.96** |

    The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

    WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $40,134.76 as compensation and $2,658.96 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 01/19/2010          Signed: /s/ RICHARD L. COX

                                                     RICHARD L. COX
                                                     835 Central Ave., Ste. 510

                                                     Hot Springs, AR 71901