UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  BRANDON FURNITURECOMPANY, INC.          CASE NO. 4:03-bk-24298
       Debtor                                                                          Chapter 7

REPORT OF UNCLAIMED FUNDS
PURSUANT TO FRBP 3011

       The undersigned Trustee of the above-styled estate states as follows for his report of unclaimed funds:

       1.    Ninety (90) days have elapsed since the distribution of funds in this estate.  The bank account of this estate reflects that the following amounts are still on deposit, which amounts represent payments mailed to the named payee:

| Claim No. | Payee (Name and Address) | Dividend Amount |
|---|---|---|
| 9 | Central Arkansas Water<br>ATTN: Billing Dept.<br>P.O. Box 1789<br>Little Rock, AR 72203 | $12.98 |
| 23 | CIT Group/Commercial Services<br>1211 Ave. of the Americas<br>New York, NY 10036 | 936.90 |
| 40 | Jenny Simmons<br>400 Heartland Drive<br>Russellville, AR 72802-7954 | 21.22 |
| 49 | Dudley Shollmier<br>16401 Chenal Valley Drive, Apt 3107<br>Little Rock, AR 72223 | 14.15 |
| 70 | American West<br>1326 Tamson Drive, Ste. 201<br>Cambria, CA 93428 | 75.17 |
| 80 | Robert H. Lee<br>c/o Robertson Law Firm<br>510 W. 4th Street<br>North Little Rock, AR 72114 | 106.70 |
| 82 | Mike Bedgood<br>220 Wilkie St. #773<br>Lafayette, LA 70506 | 18.56 |

| | | |
|---|---|---|
| 86 | Alltel<br>One Allied Dr. B5F3<br>Little Rock, AR 72202 | 294.88 |
| 87 | Alltel<br>One Allied Dr. B5F3<br>Little Rock, AR 72202 | 6.19 |
| 94 | Kim Tipton<br>4209 Bunker Hill<br>North Little Rock, AR 72116 | 470.05 |
| 96 | South Cone Trading Company<br>19038 South Vermont Avenue<br>Gardena, CA 90248 | 700.91 |
| 115 | Christopher Rosenthal<br>187 Pumice Drive<br>Sherwood, AR 72120 | 18.04 |
| 122 | Artistica Medtal Designs, Inc.<br>P.O. Box 51040<br>Oxnard, CA 93031 | 607.66 |
| 123 | Central Arkansas Water<br>ATTN: Billing Dept.<br>P.O. Box 1789<br>Little Rock, AR 72203 | 12.98 |
| 137 | Joyce Ratliff<br>Hwy 167 844<br>Cave City, AR 72521 | 12.06 |
| 149 | Mike Bedgood<br>220 Wilkie St. #773<br>Lafayette, LA 70506 | 18.56 |
| 152 | Richard Gilbert<br>11901 Pleasant Ridge #316<br>Little Rock, AR 72223 | 60.85 |

2.   Payment has been stopped on the above-listed checks.

3.   Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to "Clerk, U.S. Bankruptcy Court," in the amount of $3,387.86. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

Date: June 4, 2010					Trustee: /s/   *Richard L. Cox*
							RICHARD L. COX